UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| LETICIA KEIGER, RICARDO PEREZ, AND IGNACIO PEREZ, | * | CIVIL ACTION |
| Plaintiff(s) | * | NO. |
| v. | * | DIVISION " " |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, XL SPECIALTY INSURANCE COMPANY, TRAY NOBLES, AND WILLIAM "BILLY" MOFIELD, | * * * | MAGISTRATE |
| Defendant(s) | | |

* * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**

**TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Leticia Keiger, Ricardo Perez and Ignacio Perez, who respectfully represent:

1.

Jurisdiction is founded on diversity of citizenship under 28 U.S.C. 1332 and pursuant to the savings to suitors clause provided in 28 U.S.C. 1333. Leticia Keiger and Ricardo Perez are citizens of the State of Texas. Ignacio Perez is a citizen of the State of California. Travelers Property Casualty Company of America is, on information and belief, incorporated in the State of Connecticut where it has its principal place of business, who is the insurer of Tray Nobles. XL Specialty Insurance Company, is, on information and belief, incorporated in the State of Delaware having its principal place of business in the State of Connecticut, and is the insurer of William "Billy" Mofield. Tray Nobles is a citizen of the State of Louisiana. William "Billy" Mofield is a citizen of the State of Louisiana. The matter in controversy for each plaintiff exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. 1332.

2.

The defendants are indebted to plaintiffs individually, jointly and in solido for all reasonable damages in the premises, together with legal interest thereon from the date of loss (and/or judicial demand), until paid, and for all costs of these proceedings for the reasons hereinafter expressed.

3.

On or about March 6, 2016, at approximately 10:00 a.m. on the Pearl River, a navigable waterway of the United States, located within the Parish of St. Tammany, State of Louisiana, Tray Nobles was the captain of the M/V SASQUATCH traveling north while William "Billy" Mofield, captain of the M/V GATOR BAIT IV, was southbound. The M/V SASQUATCH was owned and operated by Neil Benson, d/b/a Pearl River Eco Tours. The M/V GATOR BAIT IV was owned and operated by Honey Island Adventure, LLC. Due to the mutual fault, negligence and

inattentiveness of both captains, the bow of the M/V GATOR BAIT IV collided with the port side of the M/V SASQUATCH amidships. As a result, plaintiffs, fare paying passengers on the M/V SASQUATCH, sustained severe personal injuries.

4.

At all times pertinent Travelers Property Casualty Company of America had in full force and effect a policy of liability insurance regarding the M/V SASQUATCH, in which the captain of that vessel was a named additional insured, providing coverage for the liability asserted herein.

5.

At all times pertinent XL Specialty Insurance Company had in full force and effect a policy of liability insurance regarding the M/V GATOR BAIT IV, in which the captain of that vessel was a named additional insured, providing coverage for the liability asserted herein.

6.

The collision and resulting injuries were caused by the mutual fault of both captains as well as the unseaworthiness of both vessels in the following non-exclusive particulars:

a. Failure to maintain a proper lookout;

b. Traveling at an excessive rate of speed given the circumstances;

c. Failing to take all reasonable evasive maneuvers required by the circumstances;

d. Operating the vessels on the wrong side of the channel;

e. Failing to agree and execute a proper port to port passage;

f. Failing to follow the applicable rules of the Road for which there results a presumption of fault; and

g. In other particulars to be shown at or prior to the trial of this matter.

7.

The collision caused severe injuries to Leticia Keiger, including, but not limited to, neck and back pain, jaw pain, bilateral shoulder pain, torn rotator cuff, torn meniscus in both knees, ankle tendonosis, headaches and other painful injuries. Her medical expenses are continuing and the partial bills received to date exceed $8,000.00.

8.

The collision caused severe injuries to Ricardo Perez, including, but not limited to, laceration of the forehead near the right eye, vision loss in the right eye, disfigurement, persistent headaches, dizziness, post concussion symptoms, difficulty sleeping, depression and other psychological injuries, potential traumatic brain injury, well as knee, neck and low back pain and injuries. His medical expenses are continuing and the partial bills received to date exceed $8,500.00.

9.

The collision caused severe injuries to Ignacio Perez, including, but not limited to, right-sided head injury as well as bilateral knee injuries and pain. His medical expenses are continuing and the partial bills received to date exceed $2,000.00.

10.

As a result of the collision, plaintiff, Leticia Keiger, Ricardo Perez and Ignacio Perez, have or will suffer the following non-exclusive particular list of damages:

a. Past, present and future mental and physical pain and suffering;

b. Past, present and future disability;

c. Past, present and future loss of earnings and/or loss of earning capacity;

d. Past, present and future loss of consortium, society and enjoyment of life;

e. Past, present and future medical, custodial and rehabilitation expenses;

f. All other special and general damages as will be shown at or prior to the trial of this matter.

11.

Plaintiffs request trial by jury on all issues.

WHEREFORE, plaintiffs, Leticia Keiger, Ricardo Perez and Ignacio Perez each demand judgment individually in excess of $75,000.00 for all damages reasonable in the premises against all defendants, Travelers Property Casualty Company of America, XL Specialty Insurance Company, Tray Nobles, and William "Billy" Mofield, jointly, severally and in solido, plus all costs of this proceeding and with pre-judgment interest from date of loss (or from date of judicial demand) and for all general and equitable relief.

Respectfully submitted,

John Fox & Associates, L.L.C.

*Robert W. Booksh, Jr.*

Robert W. "Doc" Booksh, Jr.
Trial Attorney
Bar No. 03265
John B. Fox
Bar No. 05812
4240 Canal Street
New Orleans, LA 70119
(504) 891-3303

SERVICE BY WAIVER WILL BE ATTEMPTED